IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GEORGE NELSON     PETITIONER

VERSUS     CIVIL ACTION NO. 5:06cv56DCB-JCS

CONSTANCE REESE, Warden FCI-Yazoo City
and RITA A. STANLEY, ICE Officer     RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed with prejudice as moot.

SO ORDERED AND ADJUDGED, this the ___21st___ day of July, 2006.

         ___s/ David Bramlette_____
         UNITED STATES DISTRICT JUDGE